Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTINE NELSON and ERIC NELSON,<br><br>Plaintiffs,<br><br>vs.<br><br>USAA GENERAL INDEMNITY COMPANY,<br><br>Defendant. | No.  3:23-cv-05614-TL<br><br>STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST DEFENDANT WITH PREJUDICE<br><br>**[CLERK'S ACTION REQUIRED]** |

## I.    STIPULATION

The parties, by and through their respective counsel, hereby stipulate that all claims may be dismissed with prejudice and without fees or costs, and that the Order below dismissing those claims may be entered.

Dated this 27th day of February, 2024.

FORSBERG & UMLAUF, P.S.

_____
Kimberly A. Reppart WSBA #30643
Dan L. Syhre, WSBA #34158
*Attorneys for Defendant*

Dated this 27th day of February, 2024.

LOYD LAW FIRM

*s/ Lance Loyd*
_____
Lance Loyd, WSBA #56039
*Attorneys for Plaintiffs*

STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFFS' CLAIMS
AGAINST DEFENDANT WITH PREJUDICE – 1
CAUSE NO.: 3:23-cv-05614-TL

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

## II.   ORDER

THIS MATTER having come on before the above-entitled court on the above stipulation of the parties through their counsel of record, now, therefore, it is hereby ORDERED that all claims herein be dismissed with prejudice and without costs or attorney's fees to any party.

Dated:  February 28, 2024

_____

Tana Lin
United States District Judge

*Presented by:*

FORSBERG & UMLAUF, P.S.

_____

Kimberly A. Reppart WSBA #30643
Dan L. Syhre, WSBA #34158
*Attorneys for Defendant*

*Approved for Entry;*
*Notice of Presentation Waived*

LOYD LAW FIRM

   *s/ Lance Loyd*
_____

Lance Loyd, WSBA #56039
*Attorneys for Plaintiffs*

STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFFS' CLAIMS
AGAINST DEFENDANT WITH PREJUDICE – 2
CAUSE NO.: 3:23-cv-05614-TL

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX